# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-five.

_____

| | |
|---|---|
| Patricia Raad, Stephanie Raad, David Raad, | |
| Plaintiff - Appellants, | |
| v. | **ORDER** |
| Bank Audi S.A.L., | Docket No: 24-840 |
| Defendant - Appellee. | |

_____

Appellants, Patricia Raad, Stephanie Raad and David Raad, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

